VIRGINIA FELICIANO, demandante-recurrida, *v.* MARÍA MILA-GROS GUZMÁN, demandada-recurrente.

*Número:* R-74-7     *Resuelto:* 13 de mayo de 1974

*Víctor M. Ramírez* y *Luis Muñoz Rivera,* abogados de la recurrente; *Annette Ubiñas Emanuelli* y *José R. Oller Navarro,* abogados de la recurrida.

PER CURIAM: Virginia Feliciano presentó ante el Tribunal Superior de Puerto Rico, Sala de San Juan, un escrito fechado el 9 de noviembre de 1972 solicitando que se le concediera la custodia sobre la menor Virginia Guzmán Feliciano, quien entonces contaba cuatro años de edad, hija extramarital de dicha Virginia Feliciano y de José William Guzmán. El escrito quedó radicado bajo el número RF-72-4525. Iba dirigido contra María Milagros Guzmán como demandada, hermana de José William Guzmán y persona que tenía la custodia sobre la menor. No aparece del expediente ante nos que se hiciera diligencia adicional alguna hasta un año después, el 6 de noviembre de 1973, en que el tribunal de instancia señaló el caso para vista a celebrarse dos días más tarde, es decir, el 8 de noviembre de 1973.

A dicha vista comparecieron ambas partes y el tribunal, con fecha de 9 de noviembre de 1973, dictó resolución ordenando a la demandada María Milagros Guzmán que entregara la niña a la demandante Virginia Feliciano "para que la lleve y la tenga con ella" y, disponiendo que la niña pasaría con su padre los meses de julio y agosto de cada año "siempre y cuando que la fuera a buscar y a entregar al lugar de residencia de la madre." La madre residía en la ciudad de Nueva York. El padre de la niña no fue parte en el proceso.

La demandada solicitó oportunamente la reconsideración de dicha resolución y el 26 de noviembre de 1973 presentó un escrito titulado "Moción informativa y en apoyo de moción de Reconsideración" en que solicitaba la reapertura del caso para ofrecer prueba testifical que pudo obtener en un viaje que hizo a la ciudad de Nueva York, prueba con que no contaba ni pudo diligenciar para la vista del 8 de noviembre debido al poco tiempo que tuvo para ello. Acompañó dicho escrito de

declaraciones juradas de los testigos que se proponía presentar. Mientras tanto la demandante solicitó del tribunal de instancia que procesara a la demandada por desacato por no haberle entregado la niña, habiéndose señalado una vista para ello. Respondiendo a una moción en auxilio de juridicción presentada ante nos por la demandada-recurrente emitimos resolución el 8 de enero de 1974 suspendiendo los efectos de la resolución del 9 de noviembre de 1973 y paralizando los procedimientos pendientes ante la Sala de instancia. En el ínterin, la Sala recurrida emitió resolución negándose a reconsiderar la de 9 de noviembre de 1973 y declarando sin lugar la solicitud de reapertura del caso. Concedimos el 30 de enero de 1974 un término de quince días a la parte demandada-recurrente para que presentara su memorando en apoyo de su solicitud, la demandante-recurrida presentó el suyo en oposición y, vistos los argumentos de ambas partes procede que en interés de la menor Virginia Guzmán Feliciano se deje sin efecto la resolución del 9 de noviembre de 1973. Dicha resolución, basada en el testimonio presentado en una vista celebrada a dos días plazo de su señalamiento, sin que la demandada-recurrente tuviera la oportunidad de investigar las condiciones de la demandante en la ciudad de Nueva York y de prepararse adecuadamente, no podía ni pudo dar al tribunal de instancia un cuadro de hechos completo para justificar que se complaciera a la madre proveyendo sobre la custodia de la niña, algo que siempre debe ser objeto de la más cuidadosa y ponderada consideración.

La resolución no parece haber considerado todos los elementos relativos al bienestar físico y emocional de la niña, habiéndose basado principalmente en el hecho de que la demandada se la trajera a Puerto Rico desde Nueva York sin tener para ello la autorización de un tribunal. Por otra parte, hay un ofrecimiento de prueba indicativo de que cuando la niña tenía un año de edad, mientras sus padres vivían con

ella en la ciudad de Nueva York, la madre abandonó al padre para irse a vivir con otro hombre, habiendo renunciado a tener consigo a la niña y habiéndosela entregado a su tía paterna, que es la demandada y, aquí recurrente; que desde entonces y durante los últimos cuatro años la niña ha vivido con su tía en Puerto Rico; que la madre tuvo otro hijo extramaritalmente y abandonó al segundo hombre por un hermano de éste; y, que ella depende para su subsistencia en la ciudad de Nueva York de los ingresos que recibe de las agencias de seguridad social. Debe investigarse además, en forma exhaustiva, el marco hogareño de cada una de las partes así como los ambientes que cada uno ofrece a la niña y, teniendo por miras por sobre toda otra consideración garantizar su bienestar, resolver la controversia.

*Se expedirá el auto solicitado, y se dictará sentencia dejando sin efecto la resolución del Tribunal Superior, Sala de San Juan, de 9 de noviembre de 1973, en el caso civil número RF-27-4525 de Virginia Feliciano, demandante v. María Milagros Guzmán, demandada, y se ordenará la celebración de una vista ante el tribunal de instancia en que se ofrezca a ambas partes amplia oportunidad de ofrecer toda la prueba que tengan a bien, luego de lo cual deberá resolver como mejor convenga al bienestar físico y emocional de la menor Vivian Guzmán Feliciano.*